IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE FELDMAN, on behalf of himself and
all others similarly situated                                                                                       PLAINTIFF

VS.                                              CASE NO.  4:08CV4140 JMM

TRAVELERS INDEMNITY COMPANY, ET AL..                                              DEFENDANTS

ORDER

The complaint in the above styled case was removed to the federal court on November 7, 2008. The Court has been advised that this case has been settled in a separate action.

IT IS THEREFORE ORDERED that the clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown. Provided however, this case will not be reopened unless within 45 days of the final disposition of the separate action an application to reopen is filed herein by one or more parties to this action. If no such motion to reopen is filed within said 45 day period this order shall be deemed a dismissal of plaintiff's claims. This administrative closing of the case tolls any applicable statute of limitations to plaintiffs' claims.

Dated this   21   day of September, 2009.

_____
James M. Moody
United States District Judge